JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia A. Preston, | Case No. **CV 10-7149-JFW (JCGx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Sedgwick Claims Management Services, Inc., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown **on or before October 3, 2011**, to re-open the action if settlement is not consummated.  During this period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed by **October 3, 2011**, the dismissal of this action will be with prejudice.

Dated: September 21, 2011   _____
JOHN F. WALTER
United States District Judge